UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                Case No. 22-41692

Jeremy Paul Kirby,                                                    Chapter 7

     Debtor.

# ORDER

This chapter 7 case came before the Court on December 1, 2022, on the motion of Zakaria Mohamed for relief from the automatic stay imposed by 11 U.S.C. § 362(a) [ECF No. 16], Debtor Jeremy Paul Kirby's objections to the motion [ECF Nos. 20 and 22] (together, the "Motion"), and Debtor's request for expedited hearing and to extend deadline [ECF No. 21]. Appearances were as noted on the record.

Based on the record, the Court finds that grounds exist for granting the Debtor's request for expedited hearing and to extend deadline. The Court will take the Motion under advisement. Accordingly,

**IT IS ORDERED**:

1. The Debtor's request for expedited hearing and to extend deadline is granted.
2. The Motion is taken under advisement.
3. The Court will telephonically issue an oral rendering of decision regarding the Motion on December 8, 2022, at 2:00 p.m.
4. Call-in instructions will be provided to the parties in advance of the hearing.

Dated: *December 2, 2022*

                              */e/ Michael E. Ridgway*
                              Michael E. Ridgway
                              United States Bankruptcy Judge