UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:

JEREMY PAUL KIRBY,                                  Case No: 22-41692 - MER

      Debtor.                                            Chapter 7 Case
_____

**ORDER ON APPLICATION FOR WAIVER OF THE APPELATE FILING FEE**
_____

    Upon consideration of the debtor's application for waiver of the appellate filing fee, ECF No. 35,

    IT IS ORDERED that the application is GRANTED.

Dated: *December 28, 2022*

                                            */e/ Michael E. Ridgway*
                                            Michael E. Ridgway
                                            United States Bankruptcy Judge